In the Matter of the Arbitration between TEXTILE WORKERS UNION OF AMERICA, C.I.O., Respondent, and JULIUS KAYSER & Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HUGART F. NORMAN et al., Individually and as Copartners Practicing Law as NORMAN & ALLEN, v. DAVID SULLIVAN, as President of Local 32B of the Building Service Employees International Union, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 835.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GAETANO BALZO against NEW YORK STATE BOARD OF PAROLE et al. Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 883.]

PAUL STOCKHAMMER v. ALEXANDER HIRSCH.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 884.]

HENRY H. KLEIN v. JOSEPH H. BIBEN, Doing Business under the Name of THE AMERICAN HEBREW et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 885.]

In the Matter of the Arbitration between RED LINE COMMERCIAL Co., INC., and PASTENE Co., LIMITED.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Callahan, JJ. [See 269 App. Div. 632.]

SOL COHEN et al. v. CAULDWELL-WINGATE Co., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 478.]

JOSEPH W. SPISELMAN v. LOUIS RABINOWITZ et al., Copartners Trading under the Name of VALJEAN PEARL Co., and ANNE SHEMLER et al., Copartners Trading under the Name of PEARLCRAFT Co. Motion for leave to appeal to the Court of Appeals denied, with $10 costs, with leave to the defendants-respondents to answer within five days after service of the order, with notice of entry thereof, on payment of said costs, and the costs awarded by the order of this court entered herein on April 5, 1946 (*ante*, p. 548.) Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under a Mortgage Made by W. A. R. REALTY CORPORATION, v. W. A. R. REALTY CORPORATION et al. JACK S. STRAUSS, Individually, and on Behalf of All Other Stockholders Similarly Situated; MIDTOWN ENTERPRISES, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Callahan and Peck, JJ. [See *ante*, p. 577.]

VERA DENNIS v. ROCKEFELLER CENTER, INC., and McCANN, MORSE & GROSSMAN, INC., et al.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante*, p. 524.]

HOWLAND H. PELL, JR., as Executor of MARY W. BUEL, Deceased, v. J. WATSON WEBB.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See *ante*, p. 801.]

In the Matter of the Application of SAMUEL ROSE for Reinstatement to the Bar.— Motion for reinstatement denied. Present — Martin, P. J., Townley, Dore, Callahan and Peck, JJ.